THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Damon L.
 Jackson, Appellant.
 
 
 

Appeal From Richland County
 Reginald I. Lloyd, Circuit Court Judge
Unpublished Opinion No. 2008-UP-104
Submitted February 1, 2008  Filed
 February 12, 2008    
APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III and Appellate Defender Aileen
 P. Clare, both of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Warren Blair Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Damon
 L. Jackson (Appellant) was convicted of distribution of crack cocaine and
 distribution of crack cocaine within proximity of a school.  He was sentenced consecutive
 terms in prison of twenty-five years for distribution and twelve years for the
 proximity charge.  On appeal, counsel for Appellant has filed a final brief
 along with a petition to be relieved as counsel.  Appellant has filed a pro se response.  After a thorough review of the record pursuant to Anders
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition
 to be relieved.         
APPEAL DISMISSED.[1]
HUFF, KITTREDGE, and WILLIAMS, JJ., concur. 

[1]  This case is decided without oral argument pursuant
 to Rule 215, SCACR.